JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BUCKLY,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES,<br><br>Defendant. | Case No.: CV 20-5013-DMG (JPRx)<br><br>**ORDER RE DISMISSAL AS TO DEFENDANT SOUTHWEST AIRLINES CO. WITH PREJUDICE [16]** |

Pursuant to the Stipulation Re Dismissal as to Defendant Southwest Airlines Co. ("Southwest Airlines") by Southwest Airlines and Plaintiff Elizabeth Buckly,

IT IS HEREBY ORDERED that Southwest Airlines is dismissed from this action with prejudice.  Because Southwest Airlines is the only defendant, the above-captioned action is dismissed in its entirety, with prejudice.  All scheduled dates and deadlines are VACATED.

DATED:  October 8, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE